**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IGNATIUS WEAVER** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 04-1642** |
| **N. BURL CAIN WARDEN** | * | **SECTION: "K"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Second Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioner's application for habeas corpus relief pursuant to Title 28, United States Code, Section 2254, is hereby **DENIED**.

New Orleans, Louisiana, this ____25th____ day of ____September____, 2006.

_____
UNITED STATES DISTRICT JUDGE